UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LIDIA GRIGOREVA,

                **Plaintiff,**

-against-

THE RECEIVABLE MANAGEMENT
SERVICES LLC,

                **Defendant.**

------------------------------------------------------------------X

19-CV-01067 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties have requested the Court adjudicate any motion for class certification prior to any motions for summary judgement. See ECF Nos. 45, 47. The Court therefore orders the following briefing schedule with respect to Plaintiff's motion for class certification.

Plaintiff's motion for class certification, addressed to Judge Netburn and prepared in accordance with Judge Netburn's Individual Rules of Practice, shall be due no later than January 24, 2020. Defendant's opposition shall be due no later than February 7, 2020. Plaintiff's reply, if any, shall be due no later than February 14, 2020. Upon resolution of that motion, the Court will set a further briefing schedule regarding any motions for summary judgment before Judge Gardephe.

**SO ORDERED.**

                                          SARAH NETBURN
                                          United States Magistrate Judge

DATED:      January 9, 2020
                New York, New York