```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2020
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
LIDIA GRIGOREVA,
on behalf of plaintiff and a class,

          Plaintiff,

vs.

THE RECEIVABLE MANAGEMENT
SERVICES LLC,

          Defendant.
------------------------------------------------x

Case No. 19 cv 1067 (PGG)(SN)

**NOTICE OF SETTLEMENT**

Plaintiff Lidia Grigoreva ("Plaintiff") hereby notifies the Court that this action has been settled between Plaintiff and Defendant The Receivable Management Services, LLC (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

Respectfully submitted,

---

The parties' request to stay this action pursuant to the notice of settlement in GRANTED. All litigation deadlines are STAYED in this action. The parties are directed to file a request to dismiss and close the case by February 20, 2020, or alternatively to file a status letter by the same date updating the Court as to the status of the settlement.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

January 29, 2020
New York, New York

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on January 24, 2020, I caused to be filed the foregoing documents with the Clerk of the Court 's CM/ECF System, which sent notice to all parties of record.

*s/ Cathleen M. Combs*
Cathleen M. Combs